```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LORI HALLMAN,                     )
                                  )
            Plaintiff             )    Civil Action
                                  )    No. 11-cv-02834
      v.                          )
                                  )
PPL CORPORATION,                  )
                                  )
            Defendant             )
                                  )
```

## O R D E R

NOW, this 27th day of March, 2013, upon consideration of the following documents:

> (1) Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, which motion to dismiss was filed April 2, 2012 ("Defendant's Motion to Dismiss"), together with,
>
>     (A) Defendant's Brief in Support of Motion to Dismiss Plaintiff's Second Amended Complaint;
>
> (2) Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss Plaintiff's [Second] Amended Complaint, which memorandum was filed April 23, 2012; and
>
> (3) Second Amended Complaint filed March 13, 2012;

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that Defendant's Motion to Dismiss is granted, in part, and denied, in part.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss is granted to the extent that it seeks to dismiss plaintiff's sexual harassment hostile work environment claim.

IT IS FURTHER ORDERED that plaintiff's sexual harassment hostile work environment claim is dismissed from the Second Amended Complaint.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss is denied to the extend that it seeks to dismiss plaintiff's retaliation claim.

IT IF FURTHER ORDERED that plaintiff's request to withdraw her age discrimination claim is granted.

IT IS FURTHER ORDERED that plaintiff's age discrimination claim is withdrawn from the Second Amended Complaint.

IT IS FURTHER ORDERED that defendant shall have until April 22, 2013 to answer the retaliation claim remaining in plaintiff's Second Amended Complaint.

BY THE COURT:

/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge