```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

LORI HALLMAN,                         )
                                      )
         Plaintiff                    )   Civil Action
                                      )   No. 11-cv-02834
    v.                                )
                                      )
PPL CORPORATION,                      )
                                      )
         Defendant                    )
                                      )

### O R D E R

NOW, this 31st day of January, 2014, upon consideration of Defendant's Motion for Summary Judgment filed August 30, 2013 (Document 35); upon consideration of the pleadings, record papers, briefs and legal memorandum, and statements of undisputed material facts of the parties in the within matter; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that Defendant's Motion for Summary Judgment is granted.

IT IS FURTHER ORDERED that judgment is entered in favor of defendant PPL Corporation and against plaintiff Lori Hallman on plaintiff's sole remaining claim in plaintiff's Second Amended Complaint filed March 13, 2012 (Document 19) for unlawful retaliation in violation of Title VII and the Pennsylvania Human Relations Act.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

                              BY THE COURT:


                              /s/ JAMES KNOLL GARDNER_____
                              James Knoll Gardner
                              United States District Judge